MARGARET A. BRANDS, complainant-respondent,

*v.*

FLORENCE E. CASSEDY, CLARK B. CASSEDY, MARY C. BRANDS and BLANCHE C. BRANDS, defendants-appellants.

[Submitted February term, 1939.  Decided April 21st, 1939.]

*Mr. George C. Winne,* for the defendants-appellants.

*Mr. Claude E. Cook,* for the complainant-respondent.

PER CURIAM.

We have carefully examined the pleading and proofs in this case, the arguments of counsel and the conclusions of the learned vice-chancellor, and we are of the opinion that his conclusions as to the facts and his application of the law thereto were in all respects proper.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.  14.

*For reversal*—None.